IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CATHERINE McNEILLY,

    Plaintiff,

v.

THE CITY OF PITTSBURGH, et al.,

    Defendants.

C.A.   06-1685

### ORDER ENTERING JUDGMENT FOR PLAINTIFF ON ATTORNEYS' FEES

The binding arbitration agreed to by the parties in their Settlement Agreement having been concluded with an Award on October 19, 2007, it is on this ____ day of October, 2007, hereby ORDERED that based on the Arbitration Award judgment is entered for Plaintiff and against Defendant in the amount of $142,735 in attorney fees and $4,833 in costs.  The Clerk's Office is directed to mark this case closed and discontinued.

                              _____
                              Donetta W. Ambrose, C.J.